## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) No. CR 07-09 |
| | ) |
| vs. | ) |
| | ) |
| CAROLINE BRANDENBURG, | ) |
| aka Caroline Casel, | ) |
| | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the June 20, 2007, Second Superseding Indictment, the United

States sought forfeiture of specific property of the above-captioned defendant pursuant

to 21 U.S.C. § 853 as proceeds of the illegal drug trafficking activities charged in

Count 2.

AND WHEREAS, on June 28, 2007, the defendant pled guilty to Count 2 of the

Second Superseding Indictment, forfeiting any interest she had or has in the currency

alleged to be subject to forfeiture;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to

possession of said property, pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal

Rules Criminal Procedure;

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1.    That based upon defendant's guilty plea to Count 2 of the Second

Superseding Indictment, the following property is hereby forfeited to the United States

for disposition in accordance with the law subject to the provisions of § 21 U.S.C.

§ 853(n)(1):

> **$1,819 in United States currency seized from the
> defendant on or about February 23, 2007, during a traffic
> stop near Carthage, Missouri.**

2.    That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshals

Service forthwith shall publish at least once for three successive weeks in a newspaper

of general circulation, notice of this Order, notice of the United States' intent to dispose

of the property in such manner as the Attorney General may direct and notice that any

person, other than the defendant, having or claiming a legal interest in the above-listed

forfeited property must file a petition with the court within thirty (30) days of the final

publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the

validity of the petitioner's alleged interest in the property, shall be signed by the

petitioner under penalty of perjury, and shall set forth the nature and extent of the

petitioner's right, title or interest in the forfeited property and any additional facts

supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written

notice to any person known to have alleged an interest in the property that is the

2

subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3.    That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

**IT IS SO ORDERED.**

**DATED** this _10_ day of September, 2007.

Linda R. Reade
Chief Judge, U.S. District Court
Northern District of Iowa

9/11/07 - 3 certified copies
to USM.                de

3